UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x

SILVANA ROMANIA,

               Plaintiff,

    - against -

JFK INTERNATIONAL AIRPORT/IAT AND
SCHIPHOL USA INC.,

             Defendants.

------------------------------------------------ x

JFK INTERNATIONAL AIRPORT/IAT AND
SCHIPHOL USA INC.,

         Third-Party Plaintiffs,

    - against -

ALITALIA - LINEE AEREE ITALIANE d/b/a
ALITALIA,

        Third-Party Defendant.

------------------------------------------------ x

**ORDER**

Civil Action No.
CV-03-2310 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19, 2005 ★
P.M.
TIME A.M.

TRAGER, J.

     By letter dated July 5, 2005, defendants informed the court that there no longer exists

any "case or controversy" between defendants/third-party plaintiffs and third-party

defendants and, accordingly, no grounds for removal jurisdiction. Plaintiffs do not contest

the absence of federal jurisdiction at this time. Consequently, this case must be remanded to

the court from which the action was removed.

It is hereby ordered that this case be remanded to the Civil Court of the City of New York.

Dated: Brooklyn, New York
      July 5, 2005

                          SO ORDERED:

                              s/David G. Trager
                              David G. Trager
                              United States District Judge